

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 07cv01271 (RCL) |
|---|---|
| DEFENDANT $88,417.00 in United States Currency | TYPE OF PROCESS Verified Complaint & Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

$88,417.00 in U.S. Currency   (Defendant)

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Barry Wiegand<br>Assistant United States Attorney<br>555 4th Street, NW, Room 4818<br>Washington, DC 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Currency deposited in a Customs and Border Protection holding account.

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant<br>BARRY WIEGAND | TELEPHONE NO. (202) 307-0299 | DATE 07-19-07 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. SA/DC | District to Serve No. SAC/DC | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Moreno, SA DHS/ICE | DATE 7/19/07 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
JULIE SEDENBAUGH

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
22685 Holiday Park DR, Suite 15
Sterling, VA 20166

| DATE OF SERVICE 7/20/2007 | TIME OF SERVICE 1446 hrs | ( ) AM ( ) PM |
|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS: SEDENBAUGH IS THE CUSTODIAN & CURRENCY HAS BEEN DEPOSITED INTO A HOLDING ACCOUNT.

TD F 90-22.48 (6/96)