UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Plaintiff,<br><br>v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>Defendant. | Case: 1:07-cv-01271<br>Assigned To: Lamberth, Royce C.<br>Assign. Date: 07/17/2007<br>Description: GEN CIVIL |

### VERIFIED STATEMENT OF INTEREST
### OF PABLO RAUL OLASO MARTINS

Pursuant to 18 U.S.C. § 983 and Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims Claimant, Pablo Raul Olaso Martins, through undersigned counsel, files this verified Statement of Interest:

1. My name is Pablo Raul Olaso Martins.

2. I am the owner of the $88,417.00 in United States currency seized by the United States and that is the subject of this forfeiture action.

3. I hereby claim the right to defend this action and will file an answer to the complaint with the time required by law.

### VERIFICATION

I, Pablo Raul Olaso Martins, do hereby verify that I have read the foregoing Statement of Interest, and declare under penalty of perjury *under the laws of the United States* that the allegations therein are true and correct.

Executed on this 30th day of August 2007.

_____
Pablo Raul Olaso Martins

                                              Respectfully submitted,

                                              */s/ Martin M. McNerney*

                                              Joseph W. Dorn (D.C. Bar # 233374)
                                              Martin McNerney (D.C. Bar # 333161)
                                              Jeffrey M. Telep  (D.C. Bar # 462368)
                                              King & Spalding LLP
                                              1700 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20006
                                              (202) 737-0500

                                              Counsel for claimant
4 September 2007                           Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2007, a true and correct copy of the foregoing was served, via U.S. mail, postage pre-paid, on

>Jeffrey A. Taylor
>United States Attorney
>Barry Weigand
>Assistant United States Attorney
>Office of the United States Attorney
>555 Fourth Street, N.W. Room 4818
>Washington, D.C. 20530


>/s/ Jeffrey M. Telep
>Jeffrey M. Telep