UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>        Plaintiff,<br><br>v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>        Defendant. | Case: 1:07-cv-01271<br>Assigned To: Lamberth, Royce C.<br>Assign. Date: 07/17/2007<br>Description: GEN CIVIL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6(a), please enter my appearance as counsel for this case for Claimant Pablo Raul Olaso Martins.

                                            Respectfully submitted,

                                            */s/ Martin M. McNerney*
                                            Martin McNerney (D.C. Bar # 333161)
                                            King & Spalding LLP
                                            1700 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20006
                                            (202) 737-0500

24 September 2007                            Counsel for Claimant
                                            Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2007, a true and correct copy of the foregoing notice of appearance was served, via U.S. mail, postage pre-paid, on

>Jeffrey A. Taylor
>United States Attorney
>Barry Weigand
>Assistant United States Attorney
>Office of the United States Attorney
>555 Fourth Street, N.W. Room 4818
>Washington, D.C. 20530

>/s/ Jeffrey M. Telep
>Jeffrey M. Telep