UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>　　　　Plaintiff,<br><br>v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant,<br><br>and<br><br>PABLO RAUL OLASO MARTINS,<br><br>　　　　Claimant. | Case: 1:07-cv-01271<br>Assigned To: Lamberth, Royce C.<br>Assign. Date: 07/17/2007<br>Description: GEN CIVIL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6(a), please enter my appearance as counsel for this case for Claimant Pablo Raul Olaso Martins.

                                           Respectfully submitted,

                                           */s/ Joseph W. Dorn*
                                           Joseph W. Dorn (D.C. Bar # 233379)
                                           King & Spalding LLP
                                           1700 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20006
                                           (202) 737-0500

                                           Counsel for Claimant
22 October 2007                              Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

I hereby certify that on this 22[th] day of October 2007, a true and correct copy of the foregoing notice of appearance was served, via U.S. mail, postage pre-paid, on

>Jeffrey A. Taylor
>United States Attorney
>Barry Weigand
>Assistant United States Attorney
>Office of the United States Attorney
>555 Fourth Street, N.W. Room 4818
>Washington, D.C. 20530


/s/ Jeffrey M. Telep
Jeffrey M. Telep