UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>           **Plaintiff,**<br><br>           v.<br><br>**$88,417.00 IN UNITED STATES CURRENCY,**<br>           **Defendant.**<br><br>**PABLO RAUL OLASO MARTINS,**<br>           **Claimant.** | )<br>)<br>)<br>)  Civil No. 07-01271 (RCL)<br>)  ECF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### INITIAL SCHEDULING ORDER

This matter came before the Court following submittal by the parties of REPORT OF CONFERENCE AND PROPOSED SCHEDULING ORDER. The times for completing the pre-trial matters, which are set forth below, run from the date of this Order.

Initial disclosures under Fed. R. Civ. P. 26 are inapplicable to this case. The parties may use methods of discovery in any sequence in accordance with Fed. R. Civ. P. 26(d). Discovery shall commence 30 days after this order.

A party's Rule 26(a)(2) statements will be due within 60 days of start of discovery, and an opponent's Rule 26(a)(2) statements will be due within 90 days of start of discovery. The parties shall have 180 days to complete discovery. Dispositive motions, if any, shall be filed within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules.

Pretrial and trial will be scheduled at a status conference which shall be held approximately 30 days after a decision on all post-discovery dispositive motions, or, if no dispositive

motions are filed, approximately 60 days after the close of discovery.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 23, 2007.