UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff,          )<br>                                  )<br>     v.                          )<br>                                  )<br>$88,417.00 IN UNITED STATES CURRENCY, )<br>          Defendant.        )<br>_____)<br>                                  )<br>PABLO RAUL OLASO MARTINS, )<br>          Claimant.            )<br>_____) | Civil No. 07-01271 (RCL)<br>ECF |

**JOINT MOTION TO ENLARGE TIME FOR DISCLOSURES
REQUIRED BY FED.R.CIV.P. 26(a)(2)**

*COMES NOW*, plaintiff United States, by and through its attorney, the United States Attorney for the District of Columbia, and claimant, by and through his attorney, King & Spalding LLP, jointly to move to enlarge the time by 45 days within which statements must be made pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's previous scheduling order of October 23, 2007. In support of this joint motion, the parties respectfully state as follows:

1.      The government brought this civil forfeiture action *in rem* in July 2007 against a quantity of U.S. currency valued at $88,417.00, pursuant to 18 U.S.C. § 981(a)(1) and 31 U.S.C. §§ 5316, 5317(c)(2), and 5332(c). Mr. Pablo Olaso Martins has claimed the defendant currency and opposes the forfeiture. Claimant is represented by counsel, Mr. Joseph W. Dorn and Mr. Martin M. McNerney, Esq., of King & Spalding, LLP. Plaintiff and claimant are the only parties before the Court, and it is too late for any other party to enter this case.

2.      On October 23, 2007, this Court issued an Initial Scheduling Order for pre-trial discovery. It requires that a "party's Rule 26(a)(2) statements will be due within 60 days of start of discovery, and an opponent's Rule 26(a)(2) statements will be due within 90 days of start of discovery." By

the terms of the order, discovery started 30 days later, and each party's Rule 26(a)(2) statements should be made on January 22, 2008, given that the preceding day was a federal holiday.

3. Counsel for the parties have conferred regularly during discovery, particularly to see if this action can be settled without further litigation. Counsel respectfully submit that they believe that making statements under Fed.R.Civ.P. 26(a)(2) now will not advance the prospects of settlement, and might prematurely incur litigations costs needlessly. Further, neither party as yet is sure that it will need a witness 'to present evidence under Federal Rule of Evidence 702, 703, or 705" or to rebut such evidence. Fed. Civ. P. 26(a)(2). Should it later appear necessary, counsel are willing to meet each other's reasonable needs under rule 26(a)(2), if this Court grants this motion.

4. Claimant's counsel graciously has authorized undersigned plaintiff's counsel to make the representations in this pleading, to sign on counsel's behalf, and has consented to plaintiff filing it. A proposed order attached.

**WHEREFORE**, the parties respectfully pray this Honorable Court to grant this joint motion and to issue the proposed order.

                                      Respectfully submitted,

                                      /s/ *Jeffrey A. Taylor*
                                      JEFFREY A. TAYLOR, D.C. Bar #498610
                                      United States Attorney

                                      /s/ *Barry Wiegand*
                                      Barry Wiegand, D.C. Bar #424288
                                      Assistant United States Attorney
                                      555 4th Street N.W., Fourth Floor
                                      Washington, D.C. 20530
                                      (202) 307-0299 (with voice-mail)
                                      (202) 514-8707 (Telefax)
                                      William.B.Wiegand@USDoJ.Gov (e-mail)
                                      Counsel for Plaintiff United States

      and

      */s/ Joseph W. Dorn*
      Joseph W. Dorn, D.C. Bar Number 233379
      Martin M. McNerney, D.C. Bar Number 333161
      King & Spalding LLP
      1700 Pennsylvania Avenue, NW
      Washington, DC 20006
      (202) 737-0500
      JDorn@kslaw.com
      Counsel for Claimant Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, before filing this JOINT MOTION TO ENLARGE TIME FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2), I obtained approval to do so from: Mr. Joseph Dorn and/or Mr. Martin M. McNerney, Esq., King & Spalding LLP, 1700 Pennsylvania Avenue, N.W., Washington, DC 20006, (202) 737-0500, JDorn@kslaw.com and that I also caused it to be transmitted to him through this Court's ECF system upon filing with the Court, on the 22d day of January 2008.

      */s/ Barry Wiegand*
      Barry Wiegand
      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            ) <br>           **Plaintiff,**            ) <br>                       ) <br>           **v.**            ) <br>                       ) <br> **$88,417.00 IN UNITED STATES CURRENCY,**  ) <br>           **Defendant.**            ) <br> _____) <br>                       ) <br> **PABLO RAUL OLASO MARTINS,**            ) <br>           **Claimant.**            ) <br> _____) | **Civil No. 07-01271 (RCL)** <br> **ECF** |

## ORDER

This matter came before the Court on the parties' JOINT MOTION TO ENLARGE TIME FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2). Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of January 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that a party's Rule 26(a)(2) statements will be due 45 days after the date of this order, and an opponent's Rule 26(a)(2) statements will be due 30 days after that.

SO ORDERED.

_____          _____
Dated                                                                                   ROYCE C. LAMBERTH
                                                                       United States District Judge

cc:    Joseph W. Dorn, Esq.
        Martin M. McNerney, Esq.
        Counsel for Claimant Pablo Raul Olaso Martins
        King & Spalding LLP
        1700 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 737-0500
        JDorn@kslaw.com

        Barry Wiegand

Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov