UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>   Plaintiff,<br><br>v.<br><br>**$88,417.00 IN UNITED STATES CURRENCY,**<br>   Defendant,<br><br>and<br><br>**PABLO RAUL OLASO MARTINS,**<br>   Claimant. | Case: 1:07-cv-01271<br>Assigned To: Lamberth, Royce C.<br>Assign. Date: 07/17/2007<br>Description: GEN CIVIL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6(a), please enter my appearance as counsel for this case for Claimant Pablo Raul Olaso Martins.

Respectfully submitted,

*/s/ Jeffrey M. Telep*_____
Jeffrey M. Telep (D.C. Bar # 462368)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 737-0500

Counsel for Claimant
Pablo Raul Olaso Martins

29 January 2008

WDC_IMANAGE-885173 v2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of January 2008, a true and correct copy of the foregoing notice of appearance was served, via U.S. mail, postage pre-paid, on

    Jeffrey A. Taylor
    United States Attorney
    Barry Weigand
    Assistant United States Attorney
    Office of the United States Attorney
    555 Fourth Street, N.W. Room 4818
    Washington, D.C. 20530


    <u>/s/ Jeffrey M. Telep</u>
    Jeffrey M. Telep