UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**UNITED STATES OF AMERICA,**       )
       **Plaintiff,**          )
                                    )
       v.                     )   Civil No. 07-01271 (RCL)
                                    )   ECF
**$88,417.00 IN UNITED STATES CURRENCY,** )
       **Defendant.**           )
_____ )
                                    )
**PABLO RAUL OLASO MARTINS,**       )
                                    )
       **Claimant.**            )
_____ )

**CONSENT MOTION TO ENLARGE THE TIME
TO SERVE DISCOVERY RESPONSES AND EXTEND CERTAIN
DATES IN THE INITIAL SCHEDULING ORDER**

    Comes now the Claimant, Pablo Raul Olaso Martins, by and through his attorneys, to move to enlarge the time by 30 days within which to serve responses to discovery requests served by counsel for the United States.  Claimant also requests an extension of certain other dates in the Court's initial scheduling order to accommodate the Claimant's requested enlargement of the time for serving discovery responses and to preserve all parties' rights.  In support of this motion, Claimant states as follows:

    1.    The United States brought this civil forfeiture action *in rem* in July 2007 against a quantity of U.S. currency valued at $88,417.00, pursuant to 18 U.S.C. § 981(a)(1) and 31 U.S.C. §§ 5316, 5317(c)(2), and 5332(c).  Claimant has claimed the defendant currency and opposes the forfeiture.  Plaintiff and Claimant are the only parties before the Court, and it is too late for any other party to enter this case.

2.     On October 23, 2007, the Court entered its initial scheduling order setting for certain dates for the prosecution of this action. On January 22, 2008, the parties jointly moved to enlarge the time for disclosures required by Federal Rule of Civil Procedure 26(a)(2). The Court granted the joint motion on January 24, extending by 45 days the initial and responsive Rule 26(a)(2) disclosures.

3.     On January 17, 2008, counsel for Plaintiff, the United States of America, served on Claimant, Mr. Olaso Martins, Plaintiffs' First Request To Claimant For Production Of Documents and Plaintiffs' First Set Of Interrogatories. Claimant's responses are due to be served on counsel for the United States on or before February 19, 2008.

4.     Due to difficulties in communications between counsel for Claimant and Claimant, we have not been able to serve the discovery responses by the existing due date. We request an extension of 30 days to respond to the United States' discovery requests. We also expect to conduct further settlement discussions during this time.

5.     Claimant also requests that the following dates set forth in the Court's initial scheduling order, as modified by its January 24 order, be extended by 30 days to accommodate Claimant's request for an enlargement of time to serve discovery responses and otherwise align the schedule to preserve the rights of all parties:

- The parties' 26(a)(2) statements are due 75 days after the date of the Court's January 24 order;

- The parties' 26(a)(2) responsive statements continue to be due 30 days after the initial 26(a)(2) statements;

- Discovery shall be complete 210 days after the date of the Court's October 23,

    2007 initial scheduling order;

- Dispositive motions, if any, continue to be due within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules; and

- Pretrial and trial will be scheduled at a status conference, which shall be held approximately 30 days after a decision on all post-discovery dispositive motions or, if no post-discovery dispositive motions are filed, approximately 60 days after the close of discovery.

6. Mr. Barry Wiegand, counsel for the United States, consents to this motion for an enlargement of time. A proposed order is attached.

             Respectfully submitted,

             */s/ Joseph W. Dorn*
             Joseph W. Dorn, D.C. Bar Number 233379
             Martin M. McNerney, D.C. Bar Number 333161
             Jeffrey M. Telep  D.C. Bar Number 462368
             King & Spalding LLP
             1700 Pennsylvania Avenue, NW
             Washington, DC 20006
             (202) 737-0500
             jdorn@kslaw.com
             Counsel for Claimant Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, before filing this Consent Motion To Enlarge The Time To Serve Discovery Responses And To Extend Certain Dates In The Initial Scheduling Order, I obtained the consent from Mr. Barry Wiegand, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 (202) 307-0299 and that I also caused it to be transmitted to him through this Court's ECF system upon filing with the Court, on the 19th day of February 2008.

             */s/ Joseph W. Dorn*
             Joseph W. Dorn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil No. 07-01271 (RCL) | |
| ) | ECF | |
| **$88,417.00 IN UNITED STATES CURRENCY,** ) | | |
| Defendant. ) | | |
| ) | | |
| **PABLO RAUL OLASO MARTINS,** ) | | |
| ) | | |
| Claimant. ) | | |

**ORDER**

This matter came before the Court on the Claimant's Consent Motion To Enlarge The Time To Serve Discovery Responses And Extend Certain Dates In The Initial Scheduling Order. Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of February 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the following schedule will govern this case:

1. The parties' 26(a)(2) statements are due 75 days after the date of the Court's January 24, 2008 order;

2. The parties' 26(a)(2) responsive statements are due 30 days after the initial 26(a)(2) statements;

3. Discovery shall be complete 210 days after the date of the Court's October 23, 2007 initial scheduling order;

4. Dispositive motions, if any, shall be filed within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules; and

5. Pretrial and trial will be scheduled at a status conference, which shall be held approximately 30 days after a decision on all post-discovery dispositive motions or, if no post-discovery dispositive motions are filed, approximately 60 days after the close of discovery.

SO ORDERED.

_____                              _____
Dated                                                                    ROYCE C. LAMBERTH
                                                                               United States District Judge

cc:    Joseph W. Dorn, Esq.
       Martin M. McNerney, Esq.
       Jeffrey M. Telep, Esq.
       Counsel for Claimant Pablo Raul Olaso Martins
       King & Spalding LLP
       1700 Pennsylvania Avenue, NW
       Washington, DC 20006
       (202) 737-0500

       Mr. Barry Wiegand. Esq.
       Assistant United States Attorney
       U.S. Department of Justice
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 307-0299