UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-01271 (RCL) |
| | ) | ECF |
| **$88,417.00 IN UNITED STATES CURRENCY,** | ) | |
| Defendant. | ) | |
| | ) | |
| **PABLO RAUL OLASO MARTINS,** | ) | |
| | ) | |
| Claimant. | ) | |

**ORDER**

This matter came before the Court on the Claimant's Consent Motion To Enlarge The Time To Serve Discovery Responses And Extend Certain Dates In The Initial Scheduling Order. Upon consideration of that motion and the entire record herein, it is by the Court this 4th day of March 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the following schedule will govern this case:

1. The parties' 26(a)(2) statements are due 75 days after the date of the Court's January 24, 2008 order;

2. The parties' 26(a)(2) responsive statements are due 30 days after the initial 26(a)(2) statements;

3. Discovery shall be complete 210 days after the date of the Court's October 23, 2007 initial scheduling order;

4. Dispositive motions, if any, shall be filed within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules; and

5. Pretrial and trial will be scheduled at a status conference, which shall be held approximately 30 days after a decision on all post-discovery dispositive motions or, if no post-discovery dispositive motions are filed, approximately 60 days after the close of discovery.

SO ORDERED.

/ s /
ROYCE C. LAMBERTH
United States District Judge

cc: Joseph W. Dorn, Esq.
Martin M. McNerney, Esq.
Jeffrey M. Telep, Esq.
Counsel for Claimant Pablo Raul Olaso Martins
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

Mr. Barry Wiegand. Esq.
Assistant United States Attorney
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0299