UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>          Plaintiff,            )<br>                                              )<br>     v.                                         )<br>                                              )<br>$88,417.00 IN UNITED STATES CURRENCY,   )<br>          Defendant.            )<br>_____)<br>                                              )<br>PABLO RAUL OLASO MARTINS,        )<br>          Claimant.              )<br>_____) | Civil No. 07-01271 (RCL)<br>ECF |

**JOINT MOTION TO ENLARGE TIME FURTHER FOR
DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2)**

*COMES NOW*, plaintiff United States, by and through its attorney, the United States Attorney for the District of Columbia, and claimant, by and through his attorney, King & Spalding LLP, jointly to move to enlarge further by 30 days the time within which statements must be made under Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's previous scheduling orders. In support whereof, the parties respectfully state as follows:

1.      The government brought this civil forfeiture action *in rem* in July 2007 against U.S. currency valued at $88,417.00, under 18 U.S.C. § 981(a)(1) and 31 U.S.C. §§ 5316, 5317(c)(2), and 5332(c). Mr. Pablo Olaso Martins claimed the defendant currency and opposes its forfeiture. Claimant's counsel are King & Spalding, LLP. Plaintiff and claimant are the only parties before the Court.

2.      By previous orders, this Court has required that each party file its Rule 26(a)(2) statements by May 15, 2008, with an opponent's Rule 26(a)(2) statements due 30 days afterward. Counsel for the parties have conferred to see if this action can be settled without further litigation. Counsel met once for purposes of settlement and are working out a date during the week of May 12-16 for a second settlement conference. Counsel respectfully submit that making Rule 26(a)(2) statements

now will not advance settlement prospects, and might incur litigation costs needlessly. Further, neither party as yet is sure that it will need "to present evidence under Federal Rule of Evidence 702, 703, or 705" or to rebut such evidence. Fed. Civ. P. 26(a)(2). Should it later appear necessary, counsel will meet each other's reasonable needs under rule 26(a)(2), if this Court grants this motion.

3.    The United States' counsel graciously has authorized undersigned to make the points in this pleading, to sign on counsel's behalf, and has consented to plaintiff filing it. A proposed order is attached.

**WHEREFORE**, the parties respectfully pray this Honorable Court to grant this joint motion and to issue the proposed order.

Respectfully submitted,

 /s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

 /s/ *Barry Wiegand*
Barry Wiegand, D.C. Bar #424288
Assistant United States Attorney
555 4th Street N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299 (voice-mail); (202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov (e-mail)
Counsel for Plaintiff United States

and

*/s/ Joseph W. Dorn*
Joseph W. Dorn, D.C. Bar Number 233379
Jeffrey M. Telep, D.C. Bar Number 462368
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
JDorn@kslaw.com; Jtelep@kslaw.com
Counsel for Claimant Pablo Raul Olaso Martins

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, before filing this JOINT MOTION TO ENLARGE TIME FURTHER FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2), I obtained approval to do so from claimant's counsel: Barry Wiegand, Assistant United States Attorney, 555 4th Street N.W., Fourth Floor, Washington, D.C. 20530, (202) 307-0299, William.B.Wiegand@USDoJ.Gov,
and that I also caused it to be transmitted to claimant's counsel through this Court's ECF system upon filing with the Court, on the 8th day of May 2008, as well as e-mail.

                                                     */s/ Joseph W. Dorn*
                                                   Joseph W. Dorn
                                                   Counsel for Claimant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**                )<br>           **Plaintiff,**                                          )<br>                                                                    )<br>           **v.**                                                      )<br>                                                                    )<br>**$88,417.00 IN UNITED STATES CURRENCY,**  )<br>           **Defendant.**                                      )<br>_____)<br>                                                                    )<br>**PABLO RAUL OLASO MARTINS,**              )<br>           **Claimant.**                                         )<br>_____) | **Civil No. 07-01271 (RCL)**<br>**ECF** |

## **ORDER**

This matter came before the Court on the parties' JOINT MOTION TO ENLARGE TIME FURTHER FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2). Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of May 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that a party's Rule 26(a)(2) statements will be due 30 days after the date of this order, and an opponent's Rule 26(a)(2) statements will be due 30 days after that.

SO ORDERED.

_____        _____
Dated                                                                         ROYCE C. LAMBERTH
                                                                                     United States District Judge

cc:    Joseph W. Dorn, Esq.
        Jeffrey M. Telep, Esq.
        Counsel for Claimant Pablo Raul Olaso Martins
        King & Spalding LLP
        1700 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 737-0500
        JDorn@kslaw.com; JTelep@kslaw.com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov