UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>    v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>          Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br><br>          Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

## CONSENT MOTION TO EXTEND CERTAIN
## DATES IN THE INITIAL SCHEDULING ORDER

Comes now the Claimant, Pablo Raul Olaso Martins, by and through his attorneys, to move to extend certain dates in the initial scheduling order by 60 days. In support of this motion, Claimant states as follows:

1.      The United States brought this civil forfeiture action *in rem* in July 2007 against a quantity of U.S. currency valued at $88,417.00, pursuant to 18 U.S.C. § 981(a)(1) and 31 U.S.C. §§ 5316, 5317(c)(2), and 5332(c). Claimant has claimed the defendant currency and opposes the forfeiture. Plaintiff and Claimant are the only parties before the Court, and it is too late for any other party to enter this case.

2.      On October 23, 2007, the Court entered its initial scheduling order setting for certain dates for the prosecution of this action. On February 19, 2008, Claimant filed its Consent Motion To Enlarge The Time To Serve Discovery Responses And Extend Certain Dates In The

Initial Scheduling Order. The Court granted the consent motion on March 4, 2008. As a result of this Order, the deadline for the completion of discovery is 210 days from the date of the Court's initial scheduling order, or June 9, 2008, and the dates for dispositive motions, responses to dispositive motions, and pre-trial conferences all run from the date discovery closes.

3. The parties have been engaged in discovery. On January 17, 2008, counsel for Plaintiff, the United States of America, served on Claimant, Mr. Olaso Martins, Plaintiffs' First Request To Claimant For Production Of Documents and Plaintiffs' First Set Of Interrogatories. Claimant timely responded to the United States' discovery requests.

4. The parties also have been engage in active settlement negotiations. Counsel met on March 14 to discuss settlement and exchanged documents further to that effort. Counsel have had a series of telephone conferences since then and had planned to meet again in May with a view towards reaching agreement. Due to counsel's trial schedule, however, the parties needed to postpone the second settlement conference until June, which in turn necessitated an extension of the discovery cut-off deadline and certain other deadlines.

5. Claimant therefore requests that the following dates set forth in the Court's initial scheduling order, as modified by the Court's March 4 Order, be extended by 60 days:

- Discovery shall be complete 270 days after the date of the Court's October 23, 2007 initial scheduling order;

- Dispositive motions, if any, continue to be due within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules; and

- Pretrial and trial will be scheduled at a status conference, which shall be held

approximately 30 days after a decision on all post-discovery dispositive motions or, if no post-discovery dispositive motions are filed, approximately 60 days after the close of discovery.

6. Mr. Barry Wiegand, counsel for the United States, consents to this motion for an enlargement of time. A proposed order is attached.

Respectfully submitted,

/s/ Jeffrey M. Telep
Joseph W. Dorn, D.C. Bar Number 233379
Martin M. McNerney, D.C. Bar Number 333161
Jeffrey M. Telep  D.C. Bar Number 462368
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
jtelep@kslaw.com
Counsel for Claimant Pablo Raul Olaso Martins

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, before filing this Consent Motion To Extend Certain Dates In The Initial Scheduling Order, I obtained the consent from Mr. Barry Wiegand, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 (202) 307-0299 and that I also caused it to be transmitted to him through this Court's ECF system upon filing with the Court, on the 6th day of June 2008.

/s/ Jeffrey M. Telep
Jeffrey M. Telep

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>      Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br><br>      Claimant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 07-01271 (RCL)<br>)  ECF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter came before the Court on the Claimant's Consent Motion To Extend Certain Dates In The Initial Scheduling Order. Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of June 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the following schedule will govern this case:

1. Discovery shall be complete 270 days after the date of the Court's October 23, 2007 initial scheduling order;

2. Dispositive motions, if any, shall be filed within 45 days of the close of discovery, with all further pleadings due within the time frames set forth in the applicable rules; and

3. Pretrial and trial will be scheduled at a status conference, which shall be held approximately 30 days after a decision on all post-discovery dispositive motions or, if no

post-discovery dispositive motions are filed, approximately 60 days after the close of discovery.

SO ORDERED.

_____              _____
Dated                            ROYCE C. LAMBERTH
                                 United States District Judge

cc:   Joseph W. Dorn, Esq.
      Martin M. McNerney, Esq.
      Jeffrey M. Telep, Esq.
      Counsel for Claimant Pablo Raul Olaso Martins
      King & Spalding LLP
      1700 Pennsylvania Avenue, NW
      Washington, DC 20006
      (202) 737-0500

      Mr. Barry Wiegand, Esq.
      Assistant United States Attorney
      U.S. Department of Justice
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 307-0299