UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br>Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

**JOINT MOTION TO ENLARGE TIME FURTHER FOR
DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2)**

***COMES NOW***, plaintiff United States, by and through its attorney, the United States Attorney for the District of Columbia, and claimant, by and through his attorney, King & Spalding LLP, jointly to move to enlarge further by 30 days the time within which statements must be made under Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's previous scheduling orders. In support whereof, the parties respectfully state as follows:

1. The government brought this civil forfeiture action *in rem* in July 2007 against U.S. currency valued at $88,417.00, under 18 U.S.C. § 981(a)(1) and 31 U.S.C. §§ 5316, 5317(c)(2), and 5332(c). Mr. Pablo Olaso Martins claimed the defendant currency and opposes its forfeiture. Claimant's counsel are King & Spalding, LLP. Plaintiff and claimant are the only parties before the Court.

2. By previous orders, this Court has required that each party file its Rule 26(a)(2) statements by July 7, 2008, with an opponent's Rule 26(a)(2) statements due 30 days afterward.

3.      Counsel for the parties have conferred to see if this action can be settled without further litigation and are proceeding in a cooperative manner towards that goal.  Counsel met once for purposes of settlement, have discussed settlement by telephone several times, and are planning to meet again during the month of July 2008 for purposes of settlement.  Counsel had expected to conduct their second settlement conference in May, but their trial and court schedules prevented them from doing so.  Counsel also respectfully submit that making Rule 26(a)(2) statements at this time would incur litigation costs needlessly, unnecessarily require Court involvment at this time, reduce the total amount available for settlement and, given the amount at issue, would diminish settlement prospects.  Further, neither party as yet is sure that it will need "to present evidence under Federal Rule of Evidence 702, 703, or 705" or to rebut such evidence. Fed. Civ. P. 26(a)(2).  Should it later appear necessary, counsel will meet each other's reasonable needs under rule 26(a)(2), if this Court grants this motion.

4.      The United States' counsel graciously has authorized undersigned to make the points in this pleading, to sign on counsel's behalf, and has consented to plaintiff filing it.  A proposed order is attached.

**WHEREFORE**, the parties respectfully pray this Honorable Court to grant this joint motion and to issue the proposed order.

                                        Respectfully submitted,

                                        */s/ Jeffrey M. Telep*
                                        Joseph W. Dorn, D.C. Bar Number 233379
                                        Jeffrey M. Telep, D.C. Bar Number 462368
                                        King & Spalding LLP
                                        1700 Pennsylvania Avenue, NW
                                        Washington, DC 20006

(202) 737-0500
JDorn@kslaw.com; Jtelep@kslaw.com
Counsel for Claimant Pablo Raul Olaso Martins

and

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ Barry Wiegand
Barry Wiegand, D.C. Bar #424288
Assistant United States Attorney
555 4th Street N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299 (voice-mail); (202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov (e-mail)
Counsel for Plaintiff United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, before filing this JOINT MOTION TO ENLARGE TIME FURTHER FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2), I obtained approval to do so from claimant's counsel: Barry Wiegand, Assistant United States Attorney, 555 4th Street N.W., Fourth Floor, Washington, D.C. 20530, (202) 307-0299, William.B.Wiegand@USDoJ.Gov, and that I also caused it to be transmitted to claimant's counsel through this Court's ECF system upon filing with the Court, on the 7th day of July 2008, as well as e-mail.

/s/ Jeffrey M. Telep
Jeffrey M. Telep
Counsel for Claimant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>        v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>               Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br>               Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

## ORDER

This matter came before the Court on the parties' JOINT MOTION TO ENLARGE TIME FURTHER FOR DISCLOSURES REQUIRED BY FED.R.CIV.P. 26(a)(2). Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of July 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that a party's Rule 26(a)(2) statements will be due 30 days after the date of this order, and an opponent's Rule 26(a)(2) statements will be due 30 days after that.

SO ORDERED.

_____         _____
Dated                                                        ROYCE C. LAMBERTH
                                                                     United States District Judge

cc:    Joseph W. Dorn, Esq.
        Jeffrey M. Telep, Esq.
        Counsel for Claimant Pablo Raul Olaso Martins
        King & Spalding LLP
        1700 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 737-0500

JDorn@kslaw.com; Jtelep@kslaw.com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov

WDC_IMANAGE-995980 v1