UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>　　　　Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br>　　　　Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

### STATUS REPORT ON SETTLEMENT PROSPECTS AND
### JOINT MOTION TO ENLARGE

**COMES NOW**, plaintiff United States, by and through its attorney, the United States Attorney for the District of Columbia, and claimant, by and through his attorney, King & Spalding LLP, jointly to report to the Court concerning settlement discussions and to move to enlarge further by 30 days the Court's current deadlines for certain pre-trial matters, which were set under the Court's previous orders granting joint motions. In support whereof, the parties respectfully state as follows:

　　1.　　The government brought this civil forfeiture action *in rem* in July 2007 against U.S. currency valued at $88,417.00. Mr. Pablo Olaso Martins claimed the defendant currency and opposes forfeiture. Claimant's counsel are King & Spalding, LLP. Plaintiff and claimant are the only parties before the Court.

　　2.　　During this past week, counsel have exchanged settlement proposals, and these are under review. Counsel are optimistic that an agreement will be reached and a Stipulation of Settlement filed by the end of August. Counsel thus respectfully

move to defer all pending pre-trial deadlines for a period of 30 days, and will notify the Court by filing either a Stipulation of Settlement or a further status report not later than September 2, 2008.

3.  The United States' counsel graciously has authorized undersigned to make the points in this pleading, to sign on counsel's behalf, and has consented to claimant filing it. A proposed order is attached.

**WHEREFORE**, the parties respectfully pray this Honorable Court to grant this joint motion and to issue the proposed order.

Respectfully submitted,

/s/ Jeffrey M. Telep
Joseph W. Dorn, D.C. Bar Number 233379
Jeffrey M. Telep, D.C. Bar Number 462368
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
JDorn@kslaw.com; Jtelep@kslaw.com
Counsel for Claimant Pablo Raul Olaso Martins

and

/s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ Barry Wiegand
Assistant United States Attorney
555 4th Street N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299 (voice-mail); (202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov (e-mail)
Counsel for Plaintiff United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, before filing this STATUS REPORT ON SETTLEMENT PROSPECTS AND JOINT MOTION TO ENLARGE, I obtained approval to do so from plaintiff's counsel: Barry Wiegand, Assistant United States Attorney, 555 4th Street N.W., Fourth Floor, Washington, D.C. 20530, (202) 307-0299, William.B.Wiegand@USDoJ.Gov, and that I also caused it to be transmitted to claimant's counsel through this Court's ECF system upon filing with the Court, on the 1st day of August 2008, as well as e-mail.

                                             /s/ Jeffrey M. Telep
                                             Jeffrey M. Telep
                                             Counsel for Claimant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>　　　　Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br>　　　　Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

## ORDER

This matter came before the Court on the parties' STATUS REPORT ON SETTLEMENT PROSPECTS AND JOINT MOTION TO ENLARGE. Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of August 2008,

　　ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

　　ORDERED, all previously set dates for conducting pre-trial litigation are extended by 30 days and the parties shall notify the Court of the status of this matter by filing either a Stipulation of Settlement or a further status report not later than September 2, 2008.

_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge

cc:    Joseph W. Dorn, Esq.
Jeffrey M. Telep, Esq.
Counsel for Claimant Pablo Raul Olaso Martins
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
JDorn@kslaw.com; Jtelep@kslaw.com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov