UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>       v.<br><br>$88,417.00 IN UNITED STATES CURRENCY,<br>           Defendant.<br><br>PABLO RAUL OLASO MARTINS,<br>           Claimant. | Civil No. 07-01271 (RCL)<br>ECF |

### JOINT STATUS REPORT
### OF SETTLEMENT AGREEMENT IN PRINCIPLE

*COMES NOW*, plaintiff United States, by and through its attorney, the United States Attorney for the District of Columbia, and claimant, by and through his attorney, King & Spalding LLP, jointly to file this status report indicating that the parties have reached an agreement in principle to settle this action without further litigation, as well as to seek leave to file a Stipulation of Settlement not later than September 23, 2008, and to defer compliance with all other previously set dates for taking action in this matter. In support whereof, the parties respectfully state as follows:

   1.   The government brought this civil forfeiture action *in rem* in July 2007 against U.S. currency valued at $88,417.00. Mr. Pablo Olaso Martins claimed the defendant currency and opposes its forfeiture. Claimant's counsel are King & Spalding, LLP. Plaintiff and claimant are the only parties before the Court.

   2.   On the parties's joint motions, the Court previously has enlarged several times the dates set forth in the Court's initial Scheduling Order on representations that the parties were negotiating an out-of-court settlement. Most recently, this Court ordered on August 6, 2008, that

the parties "shall notify the Court of the status of the matter by filing either a Stipulation of Settlement or a further status report no later than September 2, 2008."

3.　　Late last week, counsel for the parties agreed on the terms of a settlement, and this has been approved in principle by plaintiff and claimant. Counsel expect promptly to reduce this to writing in a Stipulation of Settlement to be filed promptly with the Court, executed by counsel and claimant. Because claimant resides in Uruguay, and English is not his native language, counsel believe that it will take until September 23, 2008, to complete execution of a final Stipulation of Settlement. We ask the Court to permit the Stipulation to be filed by that date and to defer the need to take any other action in this matter until then.

4.　　Claimant's counsel graciously has authorized undersigned to make the points in this pleading, to sign on counsel's behalf, and has consented to plaintiff filing it. A proposed order is attached.

**WHEREFORE**, the parties respectfully pray this Honorable Court to accept this status report and to issue the attached proposed order.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey A. Taylor*
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar #498610
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ *Barry Wiegand*
　　　　　　　　　　　　　　　　　　　　　Barry Wiegand, D.C. Bar #424288
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 4th Street N.W., Fourth Floor
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　(202) 307-0299 (voice-mail); (202) 514-8707 (fax)
　　　　　　　　　　　　　　　　　　　　　William.B.Wiegand@USDoJ.Gov (e-mail)
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff United States

　　　　　　　　　　　　　　　　　　　　　and

>*/s/ Joseph W. Dorn*
>Joseph W. Dorn, D.C. Bar Number 233379
>Jeffrey M. Telep, D.C. Bar Number 462368
>King & Spalding LLP
>1700 Pennsylvania Avenue, NW
>Washington, DC 20006
>(202) 737-0500
>JDorn@kslaw.com; Jtelep@kslaw.com
>Counsel for Claimant Pablo Raul Olaso Martins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, before filing this JOINT STATUS REPORT OF SETTLEMENT AGREEMENT IN PRINCIPLE, I obtained approval to do so from claimant's counsel: Mr. Joseph Dorn, Esq., and/or Mr. Jeffrey Telep, Esq., of King & Spalding LLP, 1700 Pennsylvania Avenue, N.W., Washington, D.C. 20006, (202) 737-0500, JDorn@kslaw.com and Jtelep@kslaw.com, and that I also caused it to be transmitted to claimant's counsel through this Court's ECF system upon filing with the Court, on the second day of September 2008, as well as e-mail.

>*/s/ Barry Wiegand*
>Barry Wiegand
>Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>         Plaintiff,    )<br>                      )<br>    v.          )<br>                      )<br>$88,417.00 IN UNITED STATES CURRENCY,  )<br>         Defendant.    )<br>_____)<br>                      )<br>PABLO RAUL OLASO MARTINS,    )<br>         Claimant.    )<br>_____) | Civil No. 07-01271 (RCL)<br>ECF |

## ORDER

This matter came before the Court on the parties's JOINT STATUS REPORT OF SETTLEMENT AGREEMENT IN PRINCIPLE. The Court accepts the pleading as fulfilling its order of August 6, 2008. Upon consideration of that report and the entire record herein, it is by the Court this ____ day of September 2008,

ORDERED, that the parties shall file a Stipulation of Settlement not later than Tuesday, September 23, 2008, or otherwise state the reasons why this cannot be done; and it is further

ORDERED, that the parties need not undertake other activities to prepare for trial, or otherwise to comply with previously ordered deadlines for pre-trial discovery and related matters pending the Court's endorsement of a Stipulation of Settlement.

SO ORDERED.

_____    _____
Dated                                                                                    ROYCE C. LAMBERTH
                                                                                              United States District Judge

cc:   Joseph W. Dorn, Esq.
       Jeffrey M. Telep, Esq.
       Counsel for Claimant Pablo Raul Olaso Martins
       King & Spalding LLP

1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
JDorn@kslaw.com; Jtelep@kslaw.com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov