UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>            Plaintiff,                            )<br>                                                    )<br>    v.                                              )<br>                                                    )<br> $88,417.00 IN UNITED STATES CURRENCY,   )<br>            Defendant.                       )<br>_____)<br>                                                    )<br> PABLO RAUL OLASO MARTINS,       )<br>            Claimant.                          )<br>_____) | Civil No. 07-01271 (RCL)<br>ECF |

### ORDER

This matter came before the Court on the parties' JOINT STATUS REPORT OF SETTLEMENT AGREEMENT IN PRINCIPLE. The Court accepts the pleading as fulfilling its order of August 6, 2008. Upon consideration of that report and the entire record herein, it is by the Court this 4th day of September, 2008,

ORDERED, that the parties shall file a Stipulation of Settlement not later than Tuesday, September 23, 2008, or otherwise state the reasons why this cannot be done; and it is further

ORDERED, that the parties need not undertake other activities to prepare for trial, or otherwise to comply with previously ordered deadlines for pre-trial discovery and related matters pending the Court's endorsement of a Stipulation of Settlement.

SO ORDERED.

____9/4/08_____                              _____/s/_____
Dated                                                                ROYCE C. LAMBERTH
                                                                          United States District Judge